# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CHARLES MOORE,<br><br>　　　　　　　Petitioner,<br>v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-01639-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 1) |

Good cause appearing, I HEREBY ORDER that Respondents' unopposed Motion for Enlargement of Time (**ECF No. 10**) **is GRANTED**. Respondents have until April 8, 2022 to answer or otherwise respond to Petitioner Phillip Moore's petition for writ of habeas corpus.

Dated: February 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1