UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Phillip Charles Moore,<br><br>    Petitioner<br><br>v.<br><br>Jerry Howell, et al.,<br><br>    Respondents | Case No. 2:21-cv-01639-APG-VCF<br><br>**ORDER** |

Good cause appearing, I HEREBY ORDER that Petitioner Phillip Charles Moore's unopposed motion for extension of time to file a first amended petition for writ of habeas corpus (first request) (ECF No. 25) is GRANTED. Moore has until March 20, 2023, to file a first amended petition for writ of habeas corpus.

Dated: December 20, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE