# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CHARLES MOORE,<br><br>                    Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>                    Respondents. | Case No. 2:21-cv-01639-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 1) |

Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (second request) (ECF No. 28 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER:**

1. Petitioner's motion (ECF No. 28) is granted. The deadline to file the first amended petition is June 19, 2023.

DATED: March 22, 2023

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE

1