UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CHARLES MOORE,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-01639-APG-VCF<br><br>**Order Granting Petitioner's Motion to Extend**<br><br>[ECF No. 30] |

Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (third request) (ECF No. 30 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

The new deadline approved in this order falls nearly one year after I instructed Petitioner to file his first amended petition. ECF No. 24. Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

**I THEREFORE ORDER** that Petitioner's motion for extension of time (ECF No. 30) is granted. The deadline to file the first amended petition is August 21, 2023.

DATED this 23rd day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE