# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CHARLES MOORE,<br><br>　　　　　Petitioner,<br>v.<br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:21-cv-01639-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 32) |

Petitioner filed an unopposed motion for extension of time in which to file a first amended petition (fourth request) (ECF No. 32 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

As stated in my prior order granting Petitioner's third request for an extension, lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterroism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Given the age of this case, I direct counsel for Petitioner to prioritize the briefing in this case over later-filed matters. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

**I THEREFORE ORDER:**

1. Petitioner's motion (ECF No. 32) is granted. The deadline to file the first amended petition is October 2, 2023.

DATED: August 25, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE