**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Phillip Charles Moore,<br><br>   Petitioner<br><br>v.<br><br>Jerry Howell,<br><br>   Respondents | Case No.: 2:21-cv-01639-APG-MDC<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 40] |

Petitioner seeks an extension of time to file his opposition to the respondents' motion to dismiss. ECF No. 40.  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's first unopposed motion to extend (ECF No. 40) is granted.  Petitioner has until February 16, 2024, to file his opposition.

DATED this 10th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE