**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Phillip Charles Moore,<br><br>    Petitioner<br><br>v.<br><br>Jerry Howell,<br><br>    Respondents | Case No.: 2:21-cv-01639-APG-MDC<br><br>**Order Granting the Respondents'<br>Motion to Extend**<br><br>[ECF No. 50] |

The respondents seek an extension of time to file their reply in support of their motion to dismiss. ECF No. 50. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' first unopposed motion to extend (ECF No. 50) is granted. The respondents have until July 1, 2024, to file their reply.

DATED this 13th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE