UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CHARLES MOORE,<br><br>　　　　　　　Petitioner,<br>v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-01639-APG-MDC<br><br>**ORDER**<br><br>(ECF No. 59) |

In this habeas matter, the respondents seek a 56-day enlargement of time to file a response to the first-amended petition (ECF No. 59). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER**:

1. The respondents' Unopposed Motion for Enlargement of Time to File Response to First Amended Petition for Writ of Habeas Corpus (**ECF No. 59**) **is GRANTED.** The response to the first-amended petition is **due on April 28, 2025**.

Dated:  March 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1