**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Phillip Charles Moore,<br><br>　　　Petitioner<br><br>v.<br><br>Jerry Howell,<br><br>　　　Respondents | Case No.: 2:21-cv-01639-APG-MDC<br><br>**Order Granting the Respondents'<br>Motion to Extend**<br><br>[ECF No. 62] |

　　　The respondents seek an extension of time to file their answer. ECF No. 62. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　I THEREFORE ORDER that the respondents' unopposed second motion to extend (ECF No. 62) is granted. The respondents have until May 16, 2025, to file their answer.

　　　DATED this 13th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE