**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Phillip Charles Moore, | Case No.: 2:21-cv-01639-APG-MDC |
| Petitioner | **Order Granting the Respondents' Motion to Extend** |
| v. | [ECF No. 64] |
| Jerry Howell, | |
| Respondents | |

The respondents seek an extension of time to file their answer. ECF No. 64.  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed third motion to extend (ECF No. 64) is granted.  The respondents have until June 30, 2025, to file their answer.

DATED this 6th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE