**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Phillip Charles Moore,<br><br>    Petitioner<br><br>v.<br><br>Jerry Howell,<br><br>    Respondents | Case No.: 2:21-cv-01639-APG-MDC<br><br>**Order Granting Petitioner's Motion to Extend**<br><br>[ECF No. 67] |

Petitioner Phillip Charles Moore seeks an extension of time to file his reply. ECF No. 67. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner Phillip Charles Moore's unopposed first motion to extend (ECF No. 67) is granted. Moore has until September 29, 2025, to file his reply.

DATED this 14th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE